# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

**HERITAGE COAL COMAPNY et al**

       **Petitioners,**

v.                                                      **CASE NO. 23-3092**

**OWCP, et al**
       **Respondents,**

## MOTION TO HOLD IN ABEYANCE

Eastern Associated Coal and Peabody Energy ("Petitioner"), by undersigned counsel, respectfully requests that this Court hold this claim in abeyance pending a decision in *Heritage Coal Company, et al v. Edward McGregor, et al*, No. 22-4075. In support of this Motion, Petitioner states the following:

1) Pursuant to the initial Motion, the underlying issues in the above-captioned claim are the same as the underlying issues in *McGregor*, which is already set for briefing.

**2) Petitioner further states that it is not raising any additional issues beyond those raised in *McGregor*, and specifically we are withdrawing any dispute that the Claimant is entitled to benefits as was determined by the ALJ and affirmed by the Board.**

3) It would be in the interest of judicial economy to hold this claim in abeyance pending a decision in *McGregor*, while also avoiding any inconsistent decisions within the 6th Circuit Court of Appeals.

Accordingly, Petitioner respectfully requests that this Court grant this Motion and issues an Order placing the above-captioned claim into abeyance pending a decision in *McGregor*.

Respectfully Submitted,

/s/ H. Brett Stonecipher, Esq.
H. Brett Stonecipher, Esq.
**REMINGER CO., LPA**
333 West Vine Street, Suite 1670
Lexington, Kentucky 40507
T:  859-426-4636
F:  859.233.1312
Email:  bstonecipher@reminger.com

**<u>Certificate of Service</u>**

I hereby certify that on April 25, 2023, the undersigned served the foregoing Motion to Hold in Abeyance on the following by ECF:

Ryan Driskill
Yonts, Sherman, & Driskill
*Counsel for Respondent*

Jeffrey Goldberg
U.S. Department of Labor
Office of the Solicitor
*Counsel for Respondent*

/s/ H. Brett Stonecipher, Esq.
H. Brett Stonecipher, Esq.