Case No. 23-3092

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

HERITAGE COAL COMPANY, LLC; PEABODY ENERGY CORPORATION

    Petitioners

v.

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, U.S. DEPARTMENT OF LABOR; WILLIAM H. WHITAKER

    Respondents

Upon consideration of the Petitioner's motion to hold the case in abeyance pending a resolution in *Heritage Coal Co. v. McGregor*, Case No. 22-4075, it is ORDERED that the motion is hereby **GRANTED**. Counsel for the Petitioner will be required to file a status report every 60 days, with the first status report due **July 10, 2023**.

                         **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: May 11, 2023