No. 23-3092

FILED
Mar 12, 2024
KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| HERITAGE COAL COMPANY, LLC, et al., | ) |
| Petitioners, | ) |
| v. | ) O R D E R |
| DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, U.S. DEPARTMENT OF LABOR, et al., | ) |
| Respondents. | ) |

Before: COLE, CLAY, and KETHLEDGE, Circuit Judges.

Employer Heritage Coal Company, LLC, and carrier Peabody Energy Corporation petition for review of a decision of the Benefits Review Board affirming an administrative law judge's order awarding benefits to William H. Whitaker on his subsequent claim under the Black Lung Benefits Act. Petitioners move to voluntarily dismiss and to remand the petition. Whitaker moves for attorney's fees.

We may allow the voluntary dismissal of an appeal "on terms agreed to by the parties." *See* Fed. R. App. P. 42(b)(2). Rule 42(b) "applies to petitions for review." Fed. R. App. P. 42 advisory committee's note to 2022 amendment. Petitioners represent that all issues have been resolved on appeal and that all parties support dismissal on the terms set out in the motion. Thus, we conclude that dismissal is appropriate.

"Section 28 of the Longshore and Harbor Workers' Compensation Act . . . , 33 U.S.C. § 928, incorporated into the Black Lung Benefits Act, 30 U.S.C. § 932(a), provides for the award of fees and costs to a successful claimant's attorney." *B & G Mining, Inc. v. Dir., Off. of Workers' Comp. Progs.*, 522 F.3d 657, 661 (6th Cir. 2008). The fees must be approved by a court and "reasonably commensurate with the necessary work done." 20 C.F.R. § 725.366(b). We use the lodestar method to calculate a billable rate, under which "the fee amount equals 'the number of hours reasonably expended on the litigation multiplied by a reasonable hourly rate.'" *B & G Mining*, 522 F.3d at 661 (quoting *Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983)). But "[n]o fee approved shall include payment for time spent in preparation of [the] fee application." 20 C.F.R. § 725.366(b).

Whitaker seeks $1,950 in fees at an hourly rate of $300 for 7.35 hours of legal work that his counsel Ryan Driskill completed before this court. We routinely awards attorney's fees under § 928 to black lung claimants following petitioners' voluntary dismissal of their petitions for review. *See, e.g.*, *W&C Coal Co. v. Dir., Off. of Workers' Comp. Progs.*, No. 21-3474, at *1 (6th Cir. Apr. 6, 2022) (order). We have also recently found attorney's fees at the rate of $300 per hour reasonable. *See, e.g.*, *id.* The settlement agreement provides that Peabody may be liable to pay for attorney's fees; Peabody did not object to the requested amount; and we have previously awarded fees to Driskill at this rate. *See Island Creek Ky. Mining v. Gamblin*, No. 22-3138 (6th Cir. Aug. 18, 2023) (order). But $350 of the $1,950 requested is for preparation of the fee petition, which is not reimbursable. *See* 20 C.F.R. § 725.366(b).

Accordingly, the motion to voluntarily dismiss and to remand is **GRANTED**, and this matter is **REMANDED** to the District Director for initiation of payment under the settlement agreement. Future petitions for attorney's fees or additional compensation must be provided to

counsel for Petitioners, H. Brett Stonecipher. The motion for attorney's fees is **GRANTED IN PART**. Attorney Ryan Bennett Driskill is awarded $1,600 in attorney's fees, payable by Peabody Energy Corporation.

ENTERED BY ORDER OF THE COURT

*Kelly L. Stephens*
Kelly L. Stephens, Clerk